```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 05591
   CARLOS S MIRANDA
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4705


-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 05/16/2006 and was confirmed 08/02/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 05/14/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID            PAID
-------------------------------------------------------------------------------
HARLEY DAVIDSON CREDIT    SECURED NOT I          .00            .00             .00
INTERNAL REVENUE SERVICE  PRIORITY            4320.61           .00         4320.61
A/R CONCEPTS              UNSECURED         NOT FILED           .00             .00
ALLIED INTERSTATE         UNSECURED         NOT FILED           .00             .00
ROUNDUP FUNDING LLC       UNSECURED            9907.41          .00           22.15
BANK ONE                  UNSECURED         NOT FILED           .00             .00
CAPITAL ONE BANK          UNSECURED         NOT FILED           .00             .00
CALVARY PORTFOLIO SVCS    UNSECURED         NOT FILED           .00             .00
F & W LIC                 UNSECURED         NOT FILED           .00             .00
FAIRLANE CREDIT LLC       UNSECURED         NOT FILED           .00             .00
INTERNAL REVENUE SERVICE  UNSECURED         NOT FILED           .00             .00
INTERNAL REVENUE SERVICE  UNSECURED         NOT FILED           .00             .00
INTERNAL REVENUE SERVICE  UNSECURED         NOT FILED           .00             .00
INTERNAL REVENUE SERVICE  UNSECURED         NOT FILED           .00             .00
INTERNAL REVENUE SERVICE  UNSECURED           31826.93          .00           71.17
INTERNAL REVENUE SERVICE  UNSECURED         NOT FILED           .00             .00
INTERNAL REVENUE SERVICE  UNSECURED         NOT FILED           .00             .00
JERZY MACHOWSKI           UNSECURED         NOT FILED           .00             .00
KCA FINANCIAL SERVICES    UNSECURED         NOT FILED           .00             .00
GALWAY FINANCIAL SVC LLC  UNSECURED             560.00          .00             .00
HARLEY DAVIDSON CREDIT    UNSECURED            6769.51          .00           15.14
COMCAST                   UNSECURED             317.60          .00             .00
ASSET ACCEPTANCE LLC      UNSECURED             400.35          .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED             411.10          .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED             789.30          .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED             841.85          .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY         1,886.25                      1,886.25
TOM VAUGHN                TRUSTEE                                             373.88
DEBTOR REFUND             REFUND                                              307.93

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 05591 CARLOS S MIRANDA
```

```
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  6,997.13

PRIORITY                                        4,320.61
SECURED                                              .00
UNSECURED                                         108.46
ADMINISTRATIVE                                  1,886.25
TRUSTEE COMPENSATION                              373.88
DEBTOR REFUND                                     307.93
                        ---------------       ---------------
TOTALS                   6,997.13               6,997.13
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 10/16/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 06 B 05591 CARLOS S MIRANDA